UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHAIM LEBOVITS, individually and on behalf
of others similarly situated
                    Plaintiffs,

v.

ARS NATIONAL SERVICES, INC., and JOHN
DOES 1-25,
                    Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 7444 (VB)

10/8/20

      On September 11, 2020, Chaim Lebovits, plaintiff, commenced the instant action against defendants ARS National Services, Inc., and John Does 1-25 ("defendants").  (Doc. #1).

      On September 14, 2020, the Clerk of Court issued summonses as to defendants.  (Doc. #4).

      On September 30, 2020, plaintiff docketed a proof of service indicating service on defendants on September 16, 2020.  (Doc. #5).  Accordingly, defendants had until October 7, 2020, to respond to the complaint.  See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, defendants have neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek certificates of default as to defendants by October 22, 2020, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by November 5, 2020.  **If plaintiffs fail to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders.  Fed. R. Civ. P. 41(b).**

Dated: October 8, 2020
       White Plains, NY

                                          SO ORDERED:

                                          _/s/ Vincent L. Briccetti_

                                          Vincent L. Briccetti
                                          United States District Judge